DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN ANTHONY ODONI** and **LESLEY ANN ODONI,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK,
AS INDENTURE TRUSTEE, FOR THE BENEFIT OF CWABS, INC.,
ASSET-BACKED NOTES, SERIES 2007-SEA2,**
Appellee.

No. 4D22-1101

[January 12, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary L. Sweet, Judge; L.T. Case No. 2019-CA-000282.

Michael Alex Wasylik of Ricardo & Wasylik, PL, Dade City, for appellants.

Joseph G. Paggi III of Deluca Law Group, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***